IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD E. DAY,
    Plaintiff,

v.    Civil Action No. 12-267

JEANNETTE BASEBALL
ASSOCIATION, ET AL.,
    Defendants.

ORDER

Plaintiff Edward E. Day has appealed the non-dispositive text-only order, dated November 27, 2012, entered by United States Magistrate Judge Robert C. Mitchell [document #30]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 17 day of December, 2012, IT IS HEREBY ORDERED that plaintiff's appeal is DENIED and the order referred to is AFFIRMED.

BY THE COURT:

_____, C.J.

cc: The Honorable Robert C. Mitchell,
    United States Magistrate Judge

    Edward E. Day
    206 North 2nd Street
    Jeannette, PA 15644-1866

    All Counsel of Record