IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD E. DAY, </br></br> Plaintiff, </br></br> v. </br></br> JEANETTE BASEBALL ASSOCIATION, et al., </br></br> Defendants. | Civil Action No. 12-267 |

## **O R D E R**

AND NOW, this 31st day of January, 2013, after Plaintiff filed an action in the above-captioned case, and after a Motion to Dismiss was submitted by Defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the Motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 32), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (ECF No. 23) is DENIED.

IT IS FURTHER ORDERED that Defendants' Answer to the Complaint shall be filed by February 14, 2013.

_____
Chief United States District Judge